UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY BLANDING,

                      Plaintiff,

       -against-

PART 65 JUDGE,

                      Defendant.

1:20-CV-3131 (CM)

CIVIL JUDGMENT

       Pursuant to the order issued June 24, 2020, dismissing this action without prejudice,

       IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 24, 2020
            New York, New York

                                                 COLLEEN McMAHON
                                    Chief United States District Judge